# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STACEY LYNN FRAZIER, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> FRANK BISIGNANO, *Commissioner, Social* § <br> *Security Administration*, § <br> § <br> *Defendant.* § | Civil Action No. 4:24-cv-00445 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #22) that the decision of the Commissioner be affirmed. On August 26, 2025, Plaintiff filed Objections (Dkt. #23) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #23) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is hereby **AFFIRMED**.

All relief not previously granted is **DENIED**, and the Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

**SIGNED this 8th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE